IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,** an Ohio insurance company,<br><br>                  **Plaintiff,**<br><br>v.<br><br>**RUDI WEIS, et al.,**<br><br>                  **Defendants.** | Case No.:  19-cv-04108-CM-GEB |

## ORDER

This matter comes before the Court on Plaintiff Progressive Northwestern Insurance Company's Unopposed Motion for Leave to File its Answer to Defendant Duckett's Counterclaim out of time (ECF No. 66). After review and consideration of Plaintiff's motion as well as the relevant rules and caselaw, the Court finds Plaintiff's failure to timely answer Defendant, Samantha Duckett's counterclaim was due to excusable neglect. The Court GRANTS Plaintiff's motion for leave. Plaintiff shall file its Answer to the counterclaim by the close of business on March 18, 2021.

**IT IS SO ORDERED.**

Dated March 18, 2021, at Wichita, Kansas.

                                                    /s/ Gwynne E. Birzer
                                                    GWYNNE E. BIRZER
                                                    U. S. Magistrate Judge